

# FIFTEENTH COURT OF APPEALS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/24/2025 8:50:54 AM
CHRISTOPHER A. PRINE
Clerk

### Clerk's Record Status Report / Request for Extension of Time

Appellate Case Number: _____     Trial Court Case Number: _____

**You are expected to file the clerk's record by the original due date.** *See* Tex. R. App. P. 35. If it is determined that the due date may not be met, please advise the Clerk of this Court immediately in writing, stating the reason and the due date by which the record will be filed. Generally speaking, for good cause shown, the Court will grant no more than two extensions from the original record due date, each extension not to exceed 30 days in regular appeals and 10 days in accelerated appeals for a total period not to exceed 60 days in regular appeals and 20 days in accelerated appeals. *See* Tex. R. App. P. 35.3(c).

**Status Report**

__ The appellant has paid for the record or made arrangements to pay for the record.

__ The appellant has **not** paid or made arrangements to pay for the record.

__ The appellant has only made partial payment for the record.

__ The appellant is entitled to the record without payment of costs.

__ The appellant has filed a notice of election. *See* Tex. R. App. P. 34.5a.

__ Other: _____.

**Extension Requested** (fill out if required for any reason other than payment)

The clerk's record in the above-referenced case is/was due _____ (current due date). I have been unable to complete the record and respectfully request that the Court grant an extension to _____.

Reason/Comments: _____.

**Clerk's Contact Information**

Printed Name/Signature: _____

Address: _____

Email Address: _____

 Phone Number: _____

*You may use /s/ and your name typed or print and sign the form. The form should be submitted as a PDF via the Texas Court Clerks Record Submission Portal.

